Melanie A. Hill, Esq.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Jane Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>THE STATE OF NEVADA, EX REL. ITS NEVADA DEPARTMENT OF CORRECTIONS, a public agency, and WILLONTRAY B. HOLMES, an individual,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00595-JAD-EJY<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT [ECF No. 8]**<br><br>**(First Request)**<br><br>ECF No. 11 |

Plaintiff Jane Doe ("Plaintiff") and Defendant The State of Nevada, Ex Rel. Its Nevada Department of Corrections ("NDOC"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Plaintiff Jane Doe's to respond to NDOC's Motion to Dismiss [ECF No. 8] ("the Motion") for one week from the current deadline of August 25, 2020 until September 1, 2020. In support of this Stipulation and Request, the parties state as follows:

　　　1.　　Plaintiff Jane Joe was served with the Motion in this matter on August 11, 2020, rendering its response to the Motion due by August 25, 2020.

2. Counsel for both parties have conferred regarding Plaintiff Jane Doe's request for a one-week extension of the Response deadline, and counsel for Defendant NDOC has indicated she has no objection to this request.

3. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the parties' additional time to discuss the issues raised in the Motion and for counsel for Jane Doe to respond to the Motion.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff Jane Doe to respond to NDOC's Motion to September 1, 2020.

DATED this 25th day of August, 2020.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MELANIE HILL LAW PLLC | NEVADA ATTORNEY GENERAL<br>AARON D. FORD |
| /s/ Melanie A. Hill | /s/ Cameron P. Vandenberg |
| Melanie A. Hill, Esq. (NV Bar No. 8796)<br>520 S. 7th Street, Suite A<br>Las Vegas, NV 89101<br>Melanie@MelanieHillLaw.com<br>*Attorney for Plaintiff Jane Doe* | Cameron P. Vandenberg (NV Bar No. 4356)<br>Chief Deputy Attorney General<br>Kiel B. Ireland (NV Bar No. 15368C)<br>Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>cvandenberg@ag.nv.gov<br>*Attorney for Defendant The State of Nevada, Ex Rel. Its Nevada Department of Corrections* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8-25-2020