Melanie A. Hill, Esq.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Jane Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE STATE OF NEVADA, EX REL. ITS NEVADA DEPARTMENT OF CORRECTIONS, a public agency, and WILLONTRAY B. HOLMES, an individual,<br><br>        Defendants. | Case No.: 2:20-cv-00595-JAD-EJY<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF No. 8]**<br><br>**(First Request)**<br><br>[ECF No. 17] |

Plaintiff Jane Doe ("Plaintiff") and Defendant The State of Nevada, Ex Rel. Its Nevada Department of Corrections ("NDOC"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Plaintiff Jane Doe to respond to NDOC's Motion to Dismiss First Amended Complaint [ECF No. 16] ("the Motion") for one month from the current deadline of September 29, 2020 until October 29, 2020.  In support of this Stipulation and Request, the parties state as follows:

1.      Plaintiff Jane Doe was served with the Motion in this matter on September 15, 2020, rendering its response to the Motion due by September 29, 2020.

2.      Counsel for both parties have conferred regarding Plaintiff Jane Doe's request for a one-month extension of the response deadline, and counsel for Defendant NDOC has indicated they have no objection to this request.

3.      This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the parties time to attempt to resolve this case.  An Early Neutral Evaluation is currently set for this matter on September 23, 2020 and the parties would like to determine if this case can be resolved prior to engaging in motion practice.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff Jane Doe to respond to NDOC's Motion to October 29, 2020.

DATED this 16th day of September, 2020.

Respectfully submitted,

MELANIE HILL LAW PLLC

 /s/ Melanie A. Hill
_____
Melanie A. Hill, Esq. (NV Bar No. 8796)
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Jane Doe*

Respectfully submitted,

NEVADA ATTORNEY GENERAL
AARON D. FORD

 /s/ Cameron P. Vandenberg
_____
Cameron P. Vandenberg (NV Bar No. 4356)
Chief Deputy Attorney General
Kiel B. Ireland (NV Bar No. 15368C)
Deputy Attorney General
State of Nevada, Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
cvandenberg@ag.nv.gov
*Attorney for Defendant The State of Nevada, Ex*
*Rel. Its Nevada Department of Corrections*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _September 18, 2020_

2