AARON D. FORD
　Attorney General
CAMERON P. VANDENBERG (Bar No. 4356)
　Chief Deputy Attorney General
KIEL B. IRELAND (Bar No. 15368C)
　Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
cvandenberg@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for Defendant Nevada ex rel.*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, ex rel. its NEVADA DEPARTMENT OF CORRECTIONS, a public agency, and WILLONTRAY B. HOLMES, an individual,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00595-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 20 |

　　　Defendant State of Nevada *ex rel.* its Department of Corrections, by and through legal counsel Aaron D. Ford, Attorney General, Cameron P. Vandenberg, Chief Deputy Attorney General, and Kiel Ireland, Deputy Attorney General, and Plaintiff Jane Doe, by and through counsel Melanie A. Hill, Esq., hereby stipulate and agree that, consistent with

. . . .

. . . .

. . . .

. . . .

. . . .

Page **1** of **2**

the requirements of Federal Rule of Civil Procedure 41(a), the Court may dismiss Plaintiff's action, in its entirety, with prejudice, with each party to bear its own attorney's fees and costs.

Dated this 3rd day of November, 2020.                    Dated this 3rd day of November, 2020.

AARON D. FORD                                             MELANIE HILL LAW PLLC
Attorney General

By: */s/ Cameron P. Vandenberg*                By:     */s/ Melanie Hill*
    CAMERON P. VANDENBERG                          MELANIE A. HILL, ESQ.
    Chief Deputy Attorney General                   520 S. 7th Street, Suite A
                                                    Las Vegas, Nevada 89101
    *Attorneys for Defendant*                       Phone: (702) 362-8500
                                                    Fax: (702) 362-8505
                                                    Melanie@MelanieHillLaw.com

                                                    *Attorneys for Plaintiff*

* * *

**ORDER**

    Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Motion to Dismiss **[ECF No. 16] is DENIED as moot.** The **Clerk of Court** is directed to **CLOSE THIS CASE**.

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: November 5, 2020